UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14321-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

DONALD L. REED, :

Petitioner, :

v. :

JAMES R. MCDONOUGH, :

Respondent. :

REPORT RECOMMENDING DENIAL OF CERTIFICATE OF APPEALABILITY AND IFP
(DE#44 & 47)

The petitioner filed a petition for writ of habeas corpus which was denied on May 24, 2006. The petitioner filed a certificate of appealability and a motion to proceed on appeal in forma pauerpis. These motions were referred to the Undersigned Magistrate Judge, who entered Reports and Recommendations recommending that the motion for certificate of appealability and the motion for in forma pauperis be denied. (DE#s 21 &28) The Reports and Recommendations were adopted by the United States District Judge (DE#27 & 30). The petitioner then filed a motion for relief from judgment pursuant to Rule 60(b) (DE#36), and this motion was also referred to the Undersigned Magistrate Judge(DE#37). A Report was entered recommending that this motion be denied. The Report was adopted on February 9, 2009 (DE#42).

The petitioner has now filed a notice of appeal from the denial of his Rule 60(b) motion (DE#43) construed as a motion for certificate of appealability (DE#47), filed pursuant to 28 U.S.C. §2253 and Fed.R. App.P. 22(b), both as amended April 24, 1996. See: Edwards v United States, 114 F.3d 1083 (11 Cir. 1997). The

petitioner has also filed a motion to proceed <u>in forma pauerpis</u> (DE#44).These motions were referred to the Undersigned Magistrate Judge.

A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise. <u>See</u> 28 U.S.C. §2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2) and (3). Review of the file in this case reveals that no such showing has been made. The petitioner has not demonstrated that his case should not have been dismissed as time barred.

Further, the motion to proceed <u>in forma pauperis</u> should be denied as the motion for certificate of appealability is not taken in good faith, pursuant to <u>Fed. R. App.P.</u> 24(a).

It is therefore recommended that the Court deny the motion for certificate of appealability (DE#47) and motion to proceed in forma pauperis (DE#44).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 4th day of April, 2009.

UNITED STATES MAGISTRATE JUDGE

cc: Donald R. Reed, Pro Se
#5707921
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, FL 32124-1098

Appeals Section
United States District Court