UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 05-14321-CIV-GRAHAM/WHITE

DONALD R. REED,

    Plaintiff,

vs.

JAMES R. MCDONOUGH,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Appeal <u>in Forma Pauperis</u> [D.E. 44], which this Court construes as a Motion for Certificate of Appealability [D.E. 47].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White on April 24, 2009 [D.E. 48]. On May 5, 2009, the Magistrate Judge issued a Report [D.E. 49] recommending that the Motion for Certificate of Appealability be denied. Although Petitioner filed Objections to the Magistrate Judge's Report, the Court finds that Petitioner's Objections lack merit.

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 49] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Certificate of Appealability [D.E. 44 & 47] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of June 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Donald R. Reed, <u>Pro Se</u>